# TIMELINE

| Bazargan, AAIRIA, Weinthal, Sullivan | Date | Dr. Saeidi and the University |
|---|---|---|
| | **2018** | Dr. Saeidi joins the University's political science faculty on the tenure track. She is tenured in 2023. |
| Bazargan posts that "Islamists & their supporters in the Left have taken over the academia" and that "Islam started & spread with swords & we must stand up against it." | **Aug. 2021** | |
| | **July 2022** | She becomes Director of the King Fahd Center for Middle East Studies, the first woman, first Muslim, and first Iranian American to lead it. |
| | **2023** | |
| | **Aug.** | She submits two expert letters to a Swedish appellate court in a case concerning Hamid Nouri. |
| | **Sept. 6** | She discloses the submissions to the University in writing. |
| Bazargan on X: Islam is "a cult not a religion." | **Nov. 3** | |
| | **Nov. 14** | She files the University's disclosure form. |
| | **2024** | |
| Bazargan on X: "Welcome to the reality of Islam & Muslims. They come to your home, break your rules, and then go sue and claim abuse." | **Apr. 11** | |
| | **June 13** | The University approves the disclosure: "Approved . . . Disclosure is adequate and the management plan is acceptable." |
| | **July** | Brian Raines becomes Dean of the Fulbright College of Arts and Sciences. |
| | **Sept.** | At their first meeting, Raines questions only Dr. Saeidi about the joint Jewish Studies–Middle East Studies search for a visiting scholar on Israel and asks whether she believes Israel is a settler-colonial state. Afterward he tells her: "If I keep getting complaints about you, there's no way I can protect you." |
| | **2025** | |
| Bazargan and AAIRIA submit their first formal complaint about Dr. Saeidi to Chancellor Robinson (Mar. 24). Bazargan names her an agent of the Islamic Republic of Iran on an Israeli news channel (Mar. 25). | **Mar. 24–25** | |
| AAIRIA announces it gave Congress the names of eight professors it claims have ties to Iran, tagging the University of Arkansas. | **Apr. 3** | |
| Bazargan gives Dr. Saeidi's name to Arkansas legislators and demands her immediate removal. † | **Early Apr.** | |

*Every entry is alleged in the Complaint. † Alleged on information and belief.* 

# TIMELINE

| Bazargan, AAIRIA, Weinthal, Sullivan | Date | Dr. Saeidi and the University |
|---|---|---|
| | **Apr. 2025** | Act 721 becomes law. It adopts the IHRA working definition of antisemitism and encourages the General Assembly to consider reducing or eliminating state funding of an institution found to inadequately address antisemitism complaints. The same month, her department gives her its Outstanding Teacher Award. |
| AAIRIA writes the Chancellor again (Apr. 25), then demands an investigation (May 1), reminding him that “AAIRIA was instrumental in the campaign that led to the dismissal of Mohammad Jafar Mahallati from Oberlin College.” | **Apr. 25, May 1** | |
| Bazargan publicly states that an Arkansas legislator advised AAIRIA that Dr. Saeidi’s Swedish-court testimony was not a sufficient ground for termination, and that AAIRIA would establish an antisemitism basis instead. † | **May 2** | |
| | **May 4** | Dr. Saeidi reports to the Chancellor, the Title IX office, and University police that Bazargan “is stalking, harassing, and trying to intimidate me online and offline.” |
| Bazargan gives Weinthal AAIRIA’s letter and accusations; the two agree that he will press the University for an investigation and publish the accusations. † | **By May 9** | |
| Weinthal writes the University under the guise of a Fox News press inquiry, pressing it to investigate. By May 10, at least three AAIRIA letters have gone to the University, and Bazargan calls on Persian-language publications to follow Weinthal’s lead. | **May 9–10** | |
| | **May 11** | She reports to Gigantino, the OEOC, and human resources that Bazargan “is inciting violence against me” and that Weinthal “threatened to identify me as terrorist if I don’t respond.” She asks the University “to stop this, protect me, and protect the university.” No official responds. |
| | **May** | Gigantino orders her conflict-of-interest and outside-employment records for the preceding three years pulled. |
| A fourth letter to Chancellor Robinson accuses Dr. Saeidi of admiration for Iran’s Supreme Leader and ideological alignment with Hezbollah, and urges an “independent review.” | **May 20** | A Canadian citizen with no ties to the University emails Schreckhise about her “unlawful” use of letterhead. Schreckhise is “not interested in launching a ‘full investigation’ on a matter that is protected under a faculty member’s rights of academic freedom.” |
| Weinthal writes again, copying the Chancellor’s office and University Relations and asking whether she will be fired and whether she plans to resign. He writes again May 23. | **May 21** | She notifies Associate Vice Chancellor Mark Rushing of the harassment by Bazargan and Weinthal. |
| Weinthal tells Rushing he learned from Bazargan that the FBI had contacted her about Dr. Saeidi, and asks whether the University plans to fire her. | **June 6** | |

# TIMELINE

| Bazargan, AAIRIA, Weinthal, Sullivan | Date | Dr. Saeidi and the University |
|---|---|---|
| | **June 27, 2025** | Associate Dean Schulte sends Raines a pre-drafted warning letter, which he had "reviewed the letter yesterday with Jim Gigantino": "Jim's recommendation is that you be the one to send the letter." |
| | **July 1** | Raines issues a retroactive written warning over her 2023 use of University letterhead, conduct she disclosed in 2023 and the University approved in 2024. The same month, a merit-based raise takes effect. |
| | **Early July** | Through prior counsel, she objects in writing that "the timing and content of your warning appear reactive to a coordinated smear campaign by Lawdan Bazargan and AAIRIA." |
| Bazargan demands that Robinson investigate "the potential misuse of university resources and reputation," threatening "[p]ublic protest at your campus," "[o]utreach to media outlets," and contact with the Saudi Consulate about the Center's funding. | **July 10** | Through prior counsel, she serves cease-and-desist demands on Bazargan and on AAIRIA's chief financial officer. The campaign does not stop. |
| | **Aug. 6** | She files a formal discrimination complaint against Dean Raines with the OEOC, based on national origin and religion, and supplements it in a Sept. 19 interview. |
| Weinthal emails the Chancellor's office that Dr. Saeidi and her posts are antisemitic. She had reported him to the University by name for harassment on May 11. | **Aug. 20** | |
| | **Aug. 21–22** | Robinson, through his chief of staff, refers Weinthal's email to Gigantino for investigation, and Gigantino sends it to the compliance office. The OEOC review rests solely on Weinthal's accusations and opens sixteen days after her complaint against the Dean. |
| | **Aug. 23, 27** | Rushing writes Weinthal that the matter "is being reviewed in accordance with university policies." |
| Bazargan posts two photographs of Dr. Saeidi, one without a hijab and one wearing one, asking: "do you change colors depending on the location?" The same day she posts a photograph of Dr. Saeidi's then-attorney in a kufi and thobe: "she's calling in 'Muslim Legal.'" | **Sept. 7** | |
| | **Sept. 20** | She tells Raines, Schulte, Schreckhise, and the conflict-of-interest office of an invitation to a press-like conference with the President of Iran in New York during the U.N. General Assembly. Schreckhise: "I don't see any problems." |
| In a public Twitter Space, Bazargan says Dr. Saeidi's lawyers "look like the Taliban." | **Sept. 22** | The invitation is forwarded up to Gigantino, who sends it to the Provost, Kincaid, and the Chancellor's chief of staff ("discussions are happening"). |

# TIMELINE

| Date | Bazargan, AAIRIA, Weinthal, Sullivan | Dr. Saeidi and the University |
|---|---|---|
| **Sept. 23, 2025** | | Raines calls her into an urgent meeting and discourages her from going; his follow-up email calls Iran a “country of concern and a foreign adversary.” |
| **Sept. 29** | Bazargan emails Cambridge a research-ethics complaint alleging fabricated interviews in Dr. Saeidi’s dissertation and book, and shares it with Robinson. | |
| **Oct. 23** | Bazargan emails each Trustee, Robinson, and Dr. Saeidi: “Continued Misconduct of Dr. Shirin Saeidi and the University’s Failure to Respond.” | |
| **Nov. 10–17** | Senator Sullivan, through the Bureau of Legislative Research, requests the syllabi of nine courses linked to the Center (on or about Nov. 10). | The University receives the request (Nov. 12). Raines orders Dr. Saeidi to produce her syllabi by 9:00 a.m.: “as employees of the state of Arkansas we do not have discretion in this matter” (Nov. 17). |
| **Nov. 20** | Bazargan tells a Chronicle of Higher Education reporter that AAIRIA’s “campaigns have contributed to the dismissal or exposure of” four Iranian academics. She emails every Trustee: “Legislative Intervention Following the University’s Failure to Address Serious Concerns regarding Dr. Shirin Saeidi.” AAIRIA writes the legislature, thanking it for exercising oversight over Dr. Saeidi. | Gigantino forwards Bazargan’s Chronicle letter to Raines and Schulte within thirteen minutes, and her “Legislative Intervention” demand the same evening. The demand circulates among Robinson, Kincaid, Gigantino, Vice President for Legal Affairs Curran, and System President Silveria. |
| **Nov. 24** | | After about three months, the OEOC clears her. Her “criticisms focus on the State of Israel as an entity, rather than on Jewish people collectively.” |
| **Nov. 27** | | She posts a Persian blessing, “may God protect you,” about Ali Khamenei. The University later charges the prayer as a ground for dismissal. |
| **Nov. 29** | | The University receives an email “tip” from an individual with no connection to the University, “formally reporting a ‘Red Flag’ indicator of Foreign Malign Influence regarding Dr. Shirin Saeidi.” |
| **Dec. 4** | | University counsel Kincaid circulates a draft of the removal letter among her supervisors. Raines asks to meet, without saying why, as she travels to a conference in Doha, and says her attorney may not attend. |
| **Dec. 5** | That morning Bazargan emails every Trustee, demanding review of “the circumstances surrounding [Dr. Saeidi’s] appointment and advancement,” and writes members of the Arkansas House and Senate. In a public audio broadcast she says all that matters is that Dr. Saeidi be fired; in a live Twitter Space she says that by putting her on the “radar” in a “red” state, AAIRIA got her removed as Director. | 9:00 a.m.: Kincaid sends Robinson, the Provost, Haley, Gigantino, and Raines a Democrat-Gazette column by law professor Robert Steinbuch urging the University to disband the Center. Raines then removes Dr. Saeidi as Director by a letter emailed to her in Doha, eleven days after the OEOC cleared her, citing the same posts plus one from Dec. 4. |

# TIMELINE

| Bazargan, AAIRIA, Weinthal, Sullivan | | Dr. Saeidi and the University |
|---|---|---|
| Bazargan on X: "Fake Doctor @saeidi, when your 'research' comes with strings attached, fabricated interviews, and legal threats for critics, it's not scholarship. It's performance art. Tick Tock, Tick Tok." Raines recommends dismissal nine days later. | **Dec. 7, 2025** | |
| The repost reached the legislature from the AAIRIA campaign, and the "legislative source" was Sullivan or a legislator acting with him. † | **Dec. 8** | Rebecca Haley, the University's Associate Vice Chancellor for State Relations, files an OEOC complaint over a repost she "received . . . over the weekend": "It is my understanding that this needs to be investigated in accordance with state law." The investigator records that it came from "a legislative source." |
| | **Dec. 9–10** | The investigator notifies her of the second complaint while she is abroad (Dec. 9), then asks to interview her "no later than the close of business, tomorrow" (Dec. 10). When she asks for context, the investigation proceeds without her. |
| | **Dec. 10** | She files a written complaint against Raines with Robinson and the Provost: the removal letter is "almost a photocopy of the narrative created about my identity by an off-campus harassment group." The Provost replies that the removal is "not subject to a grievance procedure." |
| Bazargan announces that the process to dismiss Dr. Saeidi has begun. No recommendation to dismiss exists. | **Dec. 11** | |
| The Middle East Forum republishes Weinthal's article about Dr. Saeidi under its own name. | **Dec. 13** | |
| Bazargan corrects an Iranian outlet: "She has not yet been fully terminated from her university position." | **Dec. 14** | |
| 3:00 a.m.: Bazargan emails Dean Raines directly, calling for Dr. Saeidi's termination. | **Dec. 15** | 5:17 a.m.: Raines forwards her email to Assistant Dean of People Operations Donna Johnson and Associate Dean Schulte. The same day, the OEOC sustains the Haley complaint, seven days after it was filed. |
| | **Dec. 16** | Raines, with two discrimination complaints by her pending against him, recommends her dismissal for cause on the OEOC finding. |
| The New York Post publishes Weinthal's article reporting the plagiarism complaint AAIRIA filed. | **Dec. 17** | Robinson concurs, initiates formal dismissal proceedings, suspends her with pay, and bars her from campus. |
| Senator Sullivan writes the University on Senate letterhead for a group of senators and releases the letter to the press. It declares that her November 21 post "may constitute a violation of Arkansas Act 721 of 2025" and that the signatories "will not stand idly by." AAIRIA publicly thanks the legislature. | **Dec. 19** | |
| Bazargan calls on people in Arkansas to support the #FireSaeidi campaign through to completion. | **Late Dec.** | |

*Every entry is alleged in the Complaint. † Alleged on information and belief.*

# TIMELINE

| Bazargan, AAIRIA, Weinthal, Sullivan | | Dr. Saeidi and the University |
|---|---|---|
| | **2026** | |
| | **Jan. 6–7** | She requests a hearing and asks that it also cover her suspension and removal (Jan. 6). Robinson confines it to the dismissal: the removal "is not subject to review." He bars discussion of specified allegations and prohibits depositions (Jan. 7). |
| | **Jan. 14** | The Foundation for Individual Rights and Expression writes Robinson that the posts and testimony are protected speech and demands that the charges be dropped. |
| | **Feb. 23–27** | Eight senior professors hear testimony from Raines, Robinson, and Dr. Saeidi (Feb. 23) and unanimously reject all six charged grounds, recommending that she "be returned to her teaching, research, and service responsibilities as a tenured Associate Professor" (Feb. 27). |
| With the President's decision pending, Bazargan writes Silveria, copying about seventy academics, and urges him to withhold Dr. Saeidi's reinstatement. | **Mar. 10** | |
| | **Mar. 26** | Silveria rejects the committee's recommendation and terminates her, resting "on the [Equal Opportunity, Compliance & Title IX] Office's findings and the reasons discussed in Dean Raines' letter" and citing funding exposure under Act 721. |
| | **Mar. 30** | She appeals to the Board of Trustees. |
| Bazargan emails Robinson and others (May 18), and the Board and others on May 20, the day of its vote. | **May 18–20** | After brief oral argument, the Board considers the case for a few minutes and upholds the termination, final and effective that day (May 20). |
| Bazargan: "the #FireSaeidi campaign, led by @AAIRIA_Org and dozens of volunteers who helped, resulted in her dismissal from the university." | **After May 20** | |