# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Little Rock Area Office** 820 Louisiana St,
Suite 200 Little Rock,
AR 72201
(501) 900-6130
Website: www.eeoc.gov

08/14/2026

Dr. Shirin Saeidi
[redacted]

Re: Dr. Shirin Saeidi v. University of Arkansas
EEOC Charge Number: 493-2026-02927

Dear Dr. Shirin Saeidi:

The EEOC has closed this charge because it is a duplicate of charge 493-2026-02601 and therefore, a Notice of Right to Sue will not be issued in this matter. Under EEOC guidelines, the administrative clock begins when the employee receives notice of an adverse action, not when the consequences of that action become effective. Filing a subsequent charge based on the final separation date after appeals does not alter or extend the timeline established by the initial charge.

Accordingly, no further action will be taken on this matter.

Sincerely,

Ivonne Knutson
Intake Supervisor

CC:
Badria C Mryyan Esq.
PO Box 164692
Little Rock, AR 72216