**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

SHIRIN SAEIDI, Ph.D.,

Plaintiff,

v.

BOARD OF TRUSTEES OF THE UNIVERSITY OF ARKANSAS; BRIAN RAINES, in his individual capacity; CHARLES F. ROBINSON, in his individual capacity; JAMES GIGANTINO, in his individual capacity; JAY B. SILVERIA, in his individual capacity and in his official capacity as President of the University of Arkansas System; CHRISTOPHER SCHULTE, in his individual capacity; WILLIAM SCHRECKHISE, in his individual capacity; DAN SULLIVAN, in his individual capacity; BENJAMIN WEINTHAL; LAWDAN BAZARGAN; and ALLIANCE AGAINST ISLAMIC REGIME OF IRAN APOLOGISTS,

Defendants.

Case No. 5:26-cv-05260-JTS

**PLAINTIFF'S MOTION FOR LEAVE TO ADMIT P. JENNY MARASHI PRO HAC VICE**

## MOTION FOR LEAVE TO ADMIT COUNSEL PRO HAC VICE

Pursuant to Local Rule 83.5(d), Plaintiff Shirin Saeidi moves for the admission of P. Jenny Marashi, Esq., of Marashi Legal, to appear and participate as additional counsel of record on her behalf *pro hac vice*. In support of this motion, Plaintiff states:

1. The undersigned, Connor Thompson and Badria C. Mryyan, are members in good standing of the bar of the State of Arkansas and of the United States District Court for the Western District of Arkansas. They maintain an office in Arkansas for the practice of law at Mryyan Thompson PLLC, with a mailing address of P.O. Box 164045, Little Rock, Arkansas 72216, telephone (501) 530-4002. The Court and opposing counsel may readily communicate with the undersigned regarding the conduct of this case.

2. Ms. Marashi's office address, telephone number, and email address are: Marashi Legal, 930 Grand Concourse #1E, Bronx, New York 10451; (917) 703-1742; marashi.legal@gmail.com.

3. Ms. Marashi is admitted to practice and is a member in good standing of the bar of the State of New York (N.Y. Bar No. 4347969) and of the bar of the United States District Court for the Southern, Eastern, Western, and Northern District of New York, as well as the United States Court of Appeals for the Second Circuit.

4. Ms. Marashi has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

5. Ms. Marashi does not reside in Arkansas, is not regularly employed in Arkansas, and is not regularly engaged in the practice of law in Arkansas. She is not admitted to practice in the United States District Courts for the Eastern or Western District of Arkansas.

6. Ms. Marashi affirms that she will comply with the Local Rules of the United States District Court for the Western District of Arkansas and all procedures and requirements of this Court, and that she submits to the jurisdiction of this Court in matters of discipline.

7. Ms. Marashi understands that admission *pro hac vice* does not constitute formal admission to the bar of this Court.

8. The fee for admission *pro hac vice* will be paid electronically through CM/ECF at the time of filing.

9. Ms. Marashi has been listed as counsel for Plaintiff on the Complaint (Doc. 2) with the notation that this application was forthcoming. This motion is filed in response to the Clerk's notice of October 6, 2026, so that Ms. Marashi may enter her appearance and receive electronic notice of filings in this case.

WHEREFORE, Plaintiff respectfully requests that the Court grant this motion and permit P. Jenny Marashi, Esq., to appear and participate *pro hac vice* as additional counsel of record for Plaintiff in this action.

Dated: October 14, 2026

Respectfully submitted,

*/s/ Connor Thompson*
Connor Thompson (Ark. Bar No. 2022135)
Badria C. Mryyan (Ark. Bar No. 2021280)
Mryyan Thompson PLLC
P.O. Box 164045
Little Rock, AR 72216
(501) 530-4002
connor@mryyanthompson.com
badria@mryyanthompson.com

Counsel for Plaintiff Shirin Saeidi

**CERTIFICATE OF SERVICE**

I, Connor Thompson, certify that on October 14, 2026, I electronically filed the foregoing motion with the Clerk of Court using the CM/ECF system, which will send notice of the filing to all counsel of record. No Defendant has yet appeared through counsel; a copy of this motion will be served on counsel for any Defendant upon their appearance.

/s/ Connor Thompson
Connor Thompson